UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | CR 08-219 DSD/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Juan Gilberto Rosales, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 22, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress statements [#14] is DENIED.

DATED:  November 10, 2008.           s/David S. Doty
at Minneapolis, Minnesota              JUDGE DAVID S. DOTY
                                       United States District Court